■ WOOD-HEW TRAVEL, LTD., Appellant, v GRAMCO INDUSTRIES, LTD., et al., Respondents.—Order of the Supreme Court, Nassau County, dated November 9, 1979, affirmed, without costs or disbursements. No opinion. Defendants' time to serve answering papers is extended to 20 days after service upon them of a copy of the order to be made hereon, together with notice of entry thereof. Lazer, J. P., Gibbons, Martuscello and O'Connor, JJ., concur.